## DWIGHT, Curator, v. ALLEN et. al.

The appeal must be dismissed, where the certificate of the clerk merely states that, " the record contains all the papers on file in the suit." C. P., 896.

DWIGHT
v.
ALLEN.

APPEAL from the District Court of St. Martin. *Voorhies*, J. *I. E. Morse* and *Nicholls*, for the appellant. *Magill* and *Maskell*, for the defendants. The judgment of the court was pronounced by

KING, J. The motion made to dismiss this appeal, on the ground that the clerk of the District Court has not certified that the record contains all the testimony adduced on the trial, must prevail. The certificate of the clerk is that, "the record contains all the papers on file in the suit of *William C. Dwight, Curator &c* v. *W. P. Allen and David Bell.*" This certificate is clearly insufficient. C. P, art. 896. 2 An. Rep. 11. We find in the record no statement of facts nor bill of exceptions.

*Appeal dismissed.*